92 F.3d 1183
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Ronald Jourdan EVANS, a/k/a Freak, a/k/a Man-Man, Defendant-Appellant.
 No. 96-6662.
 United States Court of Appeals, Fourth Circuit.
 Submitted July 23, 1996.
Decided Aug. 6, 1996.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert E. Payne, District Judge. (CR-92-163-N)
 Ronald Jourdan Evans, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.
 E.D.Va.
 AFFIRMED.
 Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying his motion for reduction of sentence. Upon reviewing the record for abuse of discretion we find that there was no abuse of discretion. Accordingly, we affirm on the reasoning of the district court. United States v. Evans, No. CR-92-163-N (E.D.Va. Mar. 22, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.